IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANCISCO JAVIER
RODRIGUEZ-HERNANDEZ, et al.,

    Petitioners,

v.            CIVIL ACTION NO.  2:26-cv-00099

CHRISTOPHER MASON, et al.,

    Respondents.

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioners' Verified Petition for a Writ of Habeas Corpus, (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Monday, February 16, 2026, at 12:00 P.M.**

2. Petitioner shall have an opportunity to file a reply by **Tuesday, February 17, 2026, at 5:00 P.M.**

3. This matter shall be heard by this Court on, **Wednesday, February 18, 2026, at 2:00 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioners and/or their property from the Southern District of West Virginia pending further order of the Court. To the extent Petitioners have already been removed from this jurisdiction

1

but have not already been booked into another detention facility, Petitioners shall be returned to the Southern District of West Virginia **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN FRIDAY, FEBRUARY 13, 2026.** To the extent Petitioners have already been removed from this jurisdiction and booked into another detention facility, Petitioners shall not be transferred again or removed pending further order of the Court, and Respondents shall **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN THURSDAY, FEBRUARY 12, 2026,** afford Petitioners a reasonable opportunity to confidentially consult with counsel, and shall take all necessary steps to facilitate such communication.

5. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners in the event Petitioners are released.

6. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by **12:00 P.M.** on **Thursday, February 12, 2026,** and shall constitute good and sufficient service on the federal defendants.

7. Service of this Order shall be made by Petitioner on Christopher Mason, Superintendent, South Central Regional Jail, or an agent of Superintendent Mason at the South Central Regional Jail, by **12:00 P.M.** on **Thursday, February 12,**

3

**2026,** and shall constitute good and sufficient service on Superintendent Mason.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 12, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE