IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANCISCO JAVIER RODRIGUEZ-HERNANDEZ, et al.,

    Petitioners,

v.                                     CIVIL ACTION NO.   2:26-cv-00099

CHRISTOPHER MASON, et al.,

    Respondents.

ORDER

    Pending before the Court is Respondents' Notice of Scheduling Conflict.  (ECF No. 10.) For good cause shown, the show cause hearing currently scheduled for February 18, 2026, at 2:00 P.M. is **CONTINUED** to **February 19, 2026**, **at 3:00 P.M.**

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:    February 17, 2026

                                                  _____

                                                  THOMAS E. JOHNSTON
                                                  UNITED STATES DISTRICT JUDGE