IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FRANCISCO JAVIER RODRIGUEZ-HERNANDEZ, et al.,

        Petitioners,

v.                      CIVIL ACTION NO.   2:26-cv-00099

CHRISTOPHER MASON, et al.,

        Respondents.

**JUDGMENT ORDER**

In accordance with the Court's Order granting the Petitioner's 28 U.S.C. § 2241 Habeas Corpus Petition, (ECF No. 25), the Court **DENIES** the Respondents' Motion to Dismiss, (ECF No. 18-1), and **GRANTS** the Petition, (ECF No. 1) as to Petitioner Maynor Ottoniel Perez-Marroquin ("Perez-Marroquin").  Respondents are **ORDERED** to **RELEASE PETITIONER PEREZ-MARROQUIN IMMEDIATELY** from civil immigration custody, and the Court **ORDERS** that any personal possessions belonging to Petitioner Perez-Marroquin, including identification and other documentation to include legal documents, be returned to him.   The Court further **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner Perez-Marroquin pending further order of this Court.

Additionally, in accordance with the Court's transfer order, it is **ORDERED** that this matter, as it relates to Petitioner Francisco Javier Rodriguez-Hernandez, be **TRANSFERRED** to

1

the United States District Court for the Western District of Pennsylvania, Johnstown Division, for further review. (ECF No. 28.)

The Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 20, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE